**Order entered September 30, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01024-CV

### JANOS FARKAS, Appellant

### V.

### NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-14689**

## ORDER

Before the Court is the September 25, 2019 request of Tina Thompson, Official Court Reporter for the 134th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **October 28, 2019**.

/s/  BILL WHITEHILL
    JUSTICE